ERIC GRANT
United States Attorney
ELISA M. RODRIGUEZ
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Respondent

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FRANCISCO ALFARO RAMIREZ, (A-Number: 216-656-055), Petitioner, v. WARDEN, CALIFORNIA CITY CORRECTIONAL CENTER, Respondent. | CASE NO. 1:26-cv-06327-KES-EGC<br>**ORDER TO SEAL DOCUMENTS**<br>(Doc. 10) |

Pursuant to Local Rule 141 of the E.D. Cal. (FRCP 5.2, 26), the Court has reviewed Respondent's request to seal Exhibits A through E from the public docket, (Doc. 10), and finding good cause, hereby GRANTS the request.

Exhibits A through E, accompanying Respondent's Opposition, (Doc. 9), as Doc. 9-1, are now SEALED until further of this Court.

IT IS SO ORDERED.

Dated: **September 4, 2026**

Erin Sanchez Castillo
UNITED STATES MAGISTRATE JUDGE